### FIGG ag$^t$ GERRISH &$^a$

John Figg in the behalfe of Mary his wife plaint. ag$^t$ Cap$^t$ William Gerrish, Nicholas Noyes, Richard Knight and m$^r$ Rich$^d$ Lowle Exec$^{rs}$ & Overseers of the last will & Testam$^t$ of m$^r$ John Lowle deceased Defend$^{ts}$ in an action of the case for her part or portion that was giuen her by her Father in his Last will & testam$^t$ according as the rest of his Children had & as the will doth declare & due damages according to attachm$^t$ dat. July: 19th 1675. . . . The Jury . . . founde for the Defend$^{ts}$ costs of Court being three pounds one Shilling eight pence.

Execucion issued 7$^{ber}$ 8: 1675.

### GYDEON &$^a$ ag$^t$ GIBBS

Rowland Gydeon & Daniel Baruh plaint$^s$ ag$^t$ Benjamin Gibbs Defend$^t$ in an action of debt of One hundred & eleven pounds Fourteen Shillings & eleven pence due by booke & bill with all due damages according to Attachm$^t$. . . . The Jury . . . found for the plaintife One hundred and eleven pounds Fourteen Shillings & eleven pence mony & costs of Court. The Defend$^t$ appealed from this judgm$^t$ unto the next Court of Assistants & gaue bond w$^{th}$ Sureties according to law for the prosecution of the same to effect.   [ **337** ]

[ A mutilated bond for appearance, Gibbs's Reasons of Appeal, and Gydeon's Answer are in S. F. 1401.1–3. The defendant gives as his first reason of appeal that Gydeon sued by book and bill, yet produced only a bill and not his books. Gydeon replies to this "weake appeale": "Who will blame a man to haue two Strings to his bow, Espetially Jn time of danger By Either of wich the Debt was Manifest." In his conclusion he offers to produce his books which were also ready in the lower court,

thowgh new Euidence is as needless as Unusuall Jn the practice of this Court where, as God Command owr Father that the same Law should bee for the Stranger & sorjourner as for the Jssraellits, J may Expect equall Justice — thus Comiting my Case to the honn$^d$ Court and Gentlemen of the Jurye praing for the prosperity of yowr Gouerm$^n$ and that yow may bee further fathers of this scatered Nation.

The Court of Assistants (Records, i. 49) sustained the lower court.]